In the Matter of PRICE CHOPPER OPERATING Co., INC., Petitioner, v STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Respondent.—Proceeding pursuant to CPLR article 78 (transferred to this court by order of the Supreme Court at Special Term, entered in Albany County) to review a determination of the State Liquor Authority which found that petitioner had violated subdivision 1 of section 65 of the Alcoholic Beverage Control Law and imposed a deferred 20-day suspension of petitioner's off-premises beer license. Petitioner attacks the sufficiency and competency of the evi-

dence upon which the agency relied in making its determination, based as it was on the testimony of the minor who testified that he purchased a quantity of beer from petitioner's grocery store. Questions of credibility were presented which were within the province of the Authority *(Matter of Avon Bar & Grill v O'Connell,* 301 NY 150, 153). We also find that the penalty herein imposed by respondent was a reasonable exercise of discretion. Determination confirmed, and petition dismissed, without costs. Koreman, P. J., Greenblott, Sweeney, Main and Larkin, JJ., concur.